**Exhibit A**

**PPM's For Which Foley & Lardner, LLP Issued Tax Opinions**

| Corporate Enitity | Date of PPM |
|---|---|
| DBSI Village at Old Trace LLC | 8/6/2006 |
| DBSI King's Highway North, LLC | 3/15/2007 |
| DBSI King's Highway South, LLC | 3/16/2007 |
| DBSI Sherwood Village LLC | 3/29/2007 |
| DBSI Currell Centre, LLC | 4/19/2007 |
| DBSI Park Plaza Retail Center LLC | 5/4/2007 |
| DBSI Copenhaver Road, LLC | 5/7/2007 |
| DBSI Colony Commons, LLC | 5/21/2007 |
| DBSI Goshen Village, LLC | 5/29/2007 |
| DBSI Loop 1604, LLC | 6/20/2007 |
| DBSI Mansell Plaza, LLC | 7/3/2007 |
| DBSI Indiana and 86th, LLC | 7/10/2007 |
| DBSI Beacon Point LLC | 7/12/2007 |
| DBSI Buckley & 120th LLC | 7/16/2007 |
| DBSI Willow Bend LLC | 7/20/2007 |
| DBSI Chinden Road, LLC | 7/25/2007 |
| DBSI Shops @ Katy LLC | 7/26/2007 |
| DBSI McMillan Road, LLC | 8/2/2007 |

**Exhibit A**

**PPM's For Which Foley & Lardner, LLP Issued Tax Opinions**

| Corporate Enitity | Date of PPM |
|---|---|
| DBSI Kettering Road, LLC | 8/7/2007 |
| DBSI Haverford Place, LLC | 8/9/2007 |
| DBSI North Austin II, LLC | 8/14/2007 |
| DBSI North Austin, LLC | 8/15/2007 |
| DBSI Hernando South II, LLC | 9/12/2007 |
| DBSI North Austin III, LLC | 9/18/2007 |
| DBSI Cavanaugh LLC | 9/26/2007 |
| DBSI Shops of Turkey Creek LLC | 10/10/2007 |
| DBSI Cavanaugh IV LLC | 10/17/2007 |
| DBSI Cavanaugh II LLC | 10/31/2007 |
| DBSI Green Street Commons, LLC | 11/5/2007 |
| DBSI Springville Corner LLC | 11/19/2007 |
| DBSI New Hampstead, LLC | 11/26/2007 |
| DBSI New Hampstead II, LLC | 12/4/2007 |
| DBSI Highway 60, LLC | 12/18/2007 |
| DBSI Ash Avenue LLC ("Ash Avenue") | 1/10/2008 |
| DBSI Houston Levee Galleria, LLC | 1/18/2008 |
| DBSI Landmark Towers, LLC | 1/20/2008 |

**Exhibit A**

**PPM's For Which Foley & Lardner, LLP Issued Tax Opinions**

| Corporate Enitity | Date of PPM |
|---|---|
| DBSI Wisdom Pointe LLC | 1/31/2008 |
| DBSI Romence Village II & III LLC | 2/4/2008 |
| DBSI Cavanaugh III LLC | 2/12/2008 |
| DBSI North Medford, LLC | 2/22/2008 |
| DBSI Boise Foothills LLC | 2/28/2008 |
| DBSI North Stafford, LLC | 3/14/2008 |
| DBSI Villago North LLC | 3/17/2008 |
| DBSI Oakwood Plaza Acquisition LLC | 3/18/2008 |
| DBSI West Boise LLC | 4/14/2008 |
| DBSI Pinehurst Square East Acquisition LLC | 4/17/2008 |
| DBSI Pinehurst Square West Acquisition LLC | 4/25/2008 |
| DBSI Peachtree Corners Pavilion LLC | 5/6/2008 |
| DBSI Shoppes at Trammel LLC | 5/13/2008 |
| DBSI Trekell & I-8 LLC | 5/22/2008 |
| DBSI North Jarrell I-35, LLC | 6/3/2008 |
| DBSI Wingfield Village LLC | 6/11/2008 |
| DBSI Florissant Market Acquisition, LLC | 7/2/2008 |
| DBSI Belton Town Center Acquisition LLC | 8/12/2008 |