**Exhibit B**

| Recipient | Transferor | Amount | Check# | Date | Type |
|---|---|---|---|---|---|
| Foley Lardner | DBSI ST Tower LeaseCo LLC / DBSI Realty Corp. | $15,350.06 | 1036 | 3/2/2005 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $7,878.77 | 20080 | 4/13/2005 | Fraudulent Transfer |
| Foley Lardner | DBSI ST Tower LeaseCo LLC / DBSI Realty Corp. | $1,482.57 | 1373 | 7/11/2005 | Fraudulent Transfer |
| Foley Lardner | DBSI Inc. | $453.00 | 7116 | 8/2/2005 | Fraudulent Transfer |
| Foley Lardner | DBSI Inc. | $229.00 | 7187 | 9/27/2005 | Fraudulent Transfer |
| Foley Lardner | DBSI Inc. | $273.55 | 7238 | 11/22/2005 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $10,000.00 | 22728 | 1/23/2007 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | -$10,000.00 | 22728 | 1/23/2007 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $10,000.00 | 22729 | 1/25/2007 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $14,483.31 | 23328 | 7/24/2007 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 23341 | 7/31/2007 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 23341 | 7/31/2007 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 23341 | 7/31/2007 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 23341 | 7/31/2007 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $2,114.83 | 23341 | 7/31/2007 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 23688 | 10/9/2007 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 23688 | 10/9/2007 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 23688 | 10/9/2007 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 23688 | 10/9/2007 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 23688 | 10/9/2007 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 23688 | 10/9/2007 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 23688 | 10/9/2007 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 23688 | 10/9/2007 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 23688 | 10/9/2007 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $5,121.54 | 23688 | 10/9/2007 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $7,200.00 | 23748 | 10/23/2007 | Fraudulent Transfer |
| Foley Lardner | DBSI Development Services LLC | $1,851.98 | 1351 | 11/1/2007 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $4,241.39 | 23896 | 11/20/2007 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $6,953.08 | 23896 | 11/20/2007 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $8,450.00 | 23896 | 11/20/2007 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 23896 | 11/20/2007 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $545.16 | 23932 | 11/27/2007 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 23967 | 12/6/2007 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 23967 | 12/6/2007 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $19,454.00 | 23967 | 12/6/2007 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $17,585.00 | 23967 | 12/6/2007 | Fraudulent Transfer |
| Foley Lardner | DBSI Telecom Office LLC / 2007 LID | $1,615.00 | 1006 | 12/6/2007 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $1,078.29 | 24090 | 1/2/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 24137 | 1/9/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 24137 | 1/9/2008 | Fraudulent Transfer |

**Exhibit B**

| Recipient | Transferor | Amount | Check# | Date | Type |
|---|---|---|---|---|---|
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 24137 | 1/9/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 24137 | 1/9/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 24137 | 1/9/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $1,058.00 | 24137 | 1/9/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $5,224.40 | 24183 | 1/21/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $1,142.00 | 24183 | 1/21/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 24183 | 1/21/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 24183 | 1/21/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 24183 | 1/21/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 24200 | 1/29/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $13,330.03 | 24368 | 2/26/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $438.82 | 24368 | 2/26/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 24368 | 2/26/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 24368 | 2/26/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 24368 | 2/26/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 24368 | 2/26/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 24368 | 2/26/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 24715 | 4/25/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 24715 | 4/25/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 24715 | 4/25/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $24,711.13 | 24715 | 4/25/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $4,323.32 | 24715 | 4/25/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 24715 | 4/25/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 24715 | 4/25/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 24715 | 4/25/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $350.00 | 24715 | 4/25/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $4,966.00 | 24715 | 4/25/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $6,087.00 | 24715 | 4/25/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 24715 | 4/25/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $8,758.00 | 24715 | 4/25/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $6,300.00 | 24772 | 5/6/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 24917 | 5/30/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 24917 | 5/30/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $9,981.00 | 24917 | 5/30/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $7,800.67 | 24917 | 5/30/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 24917 | 5/30/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $2,366.00 | 25082 | 7/7/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $5,576.57 | 25082 | 7/7/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 25082 | 7/7/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 25082 | 7/7/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 25082 | 7/7/2008 | Fraudulent Transfer |

**Exhibit B**

| Recipient | Transferor | Amount | Check# | Date | Type |
|---|---|---|---|---|---|
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 25082 | 7/7/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $840.00 | 25082 | 7/7/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 25180 | 7/29/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 25180 | 7/29/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 25180 | 7/29/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $7,175.00 | 25180 | 7/29/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $10,421.45 | 25180 | 7/29/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 25216 | 8/6/2008 | Fraudulent Transfer |
| Foley Lardner | DBSI Realty Corporation | $1,960.00 | 25380 | 9/18/2008 | Preference |
| Foley Lardner | DBSI Realty Corporation | $880.00 | 25380 | 9/18/2008 | Preference |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 25380 | 9/18/2008 | Preference |
| Foley Lardner | DBSI Realty Corporation | $9,578.55 | 25380 | 9/18/2008 | Preference |
| Foley Lardner | DBSI Realty Corporation | $8,400.00 | 25380 | 9/18/2008 | Preference |
| Foley Lardner | DBSI Realty Corporation | $1,680.00 | 25380 | 9/18/2008 | Preference |
| Foley Lardner | DBSI Realty Corporation | $11,000.00 | 25380 | 9/18/2008 | Preference |

**Defendant Total:** $830,708.47